1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   KATHLEEN A. SERVATIUS
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000



# SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10 CR 00363 - AWI |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| FELIPE RAMIREZ, et al., | CRIMINAL PROCEDURE |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on August 26, 2010, charging the above defendant with a violation of Title 21, United States Code, §§ 846, 841(a)(1)- Conspiracy to Distribute and Possess With Intent to Distribute Methamphetamine be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the findings of the Indictment

1

1 | or any warrants issued pursuant thereto, except when necessary for
2 | the issuance and execution of the warrant.
3 | DATED: August 26, 2010                    Respectfully submitted,
4 |                                           BENJAMIN B. WAGNER
  |                                           United States Attorney
5 |
  |                                           By /s/ Kimberly A. Sanchez
6 |                                              KIMBERLY A. SANCHEZ
  |                                              Assistant U.S. Attorney
7 |
8 | IT IS SO ORDERED this 26 day of June, 2010.
9 |
10|                                           _____
  |                                           U.S. Magistrate Judge