1  BENJAMIN B. WAGNER
   Acting United States Attorney
2  KIMBERLY A. SANCHEZ
   KATHLEEN A. SERVATIUS
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000

FILED
AUG 3 1 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  1:10-CR-363 AWI |
| Plaintiff, | ) |
| v. | ) MOTION TO UNSEAL INDICTMENT; AND ORDER |
| FELIPE RAMIREZ, et al., | ) |
| Defendants. | ) |

The Indictment in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret.

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kimberly A. Sanchez, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: September 1, 2010

_/s/ Kimberly A. Sanchez_
KIMBERLY A. SANCHEZ
Assistant U. S. Attorney

1

1 | IT IS SO ORDERED.
2 | DATED: ~~September 1~~, August 31, 2010   _____
3 | SANDRA M. SNYDER
  | United States Magistrate Judge