BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01:10-CR-00363 OWW |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING GOVERNMENT'S EX |
| | ) | PARTE REQUEST FOR PROTECTIVE |
| | ) | ORDER |
| v. | ) | Fed.R.Crim.P. 16(d) |
| | ) | |
| FELIPE RAMIREZ, et. al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

After considering the Government's Ex Parte Motion for Deferral of Certain Discovery and for a Protective Order filed in the case of United States v. Cameron, et. al., 1:10-cr-211 OWW, pursuant to Rule 16(d) (1), and having found good cause therefore, the Court hereby ORDERS that the protective order previously filed in <u>United States Cameron</u> shall be entered in the above-entitled case for the same reasons. The Court hereby ORDERS that:

      1. The Government may defer until further order of the Court, providing discovery of reports or other evidence that contain information susceptible of being used to identify the confidential informant.

      2. Defense counsel is prohibited from providing copies of discovery to the defendants or anyone other than members of the defense team (which includes defense investigators, legal assistants, and experts, but not the defendants) .

3.  Defense counsel must present to the Court a declaration executed by any intended recipient indicating that he/she has read the Court's protective order and agrees to abide by its terms.  Further, that defense counsel must provide a declaration to the Court indicating to whom the discovery has been provided and how many copies.

4.  Within 20 days after finality of the instant case, as determined under the Federal Rules of Criminal Procedure and case law from the Ninth Circuit Court of Appeals and United States Supreme Court, counsel for the defendants shall return any an all copies of the protected material to the government's attorney and so certify to the government's attorney. Should any copies of the protected material have been made by defense counselor their staff, such copies shall be returned to defense counsel within 20 days after jurisdiction in the district court ceases, and defense counsel shall return them to the government within 10 days thereafter.

IT IS SO ORDERED.


DATED: October 12, 2010                              /s/ OLIVER W. WANGER
                                                     United States District Judge

2