IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NOS. 1:10-CR-00211; |
| | ) | 1:10-CR-00346; |
| Plaintiff, | ) | 1:10-CR-00363; |
| | ) | 1:11-CR-00051 OWW |
| v. | ) | |
| | ) | ORDER ON GOVERNMENT'S |
| | ) | APPLICATION FOR AN AMENDED |
| SHAWN CAMERON, et al., | ) | PROTECTIVE ORDER |
| MARTIN MARTINEZ, et al., | ) | |
| FELIPE RAMIREZ, et al., | ) | |
| ROBERT SALAZAR, et al., | ) | |
| | ) | |
| Defendants. | | |

IT IS HEREBY ORDERED THAT:

1. The government will provide an unsecured copy of the discovery to Court appointed paralegal, Connie Supranowich of Independent Paralegal Services in St. Charles, MO 63304;

2. Ms. Supranowich will agree not to disseminate the copy of discovery to anyone, but she will use the copy to organize the discovery.

3. Ms. Supranowich will place the organized discovery on a disc to provide to each defense attorney. She will secure the data to prevent any printing, changes or modifications. She will send a copy to the government before disseminating the discovery in electronic or paper format only so that the government can confirm that the discovery has been properly secured.

4. Ms. Supranowich will execute a declaration acknowledging that she has read and agrees to comply with the Court's order prior to being provided with the unsecured discovery.

5. Ms. Supranowich may retain a copy of the unsecured discovery throughout the time that the instant case is pending, but shall return it to the government at the conclusion of the case or when her involvement ceases.

IT IS SO ORDERED.

**Dated:   May 19, 2011**                                     **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE