BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
KIMBERLY A. SANCHEZ
Assistant U.S. Attorneys
4-401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

SEP 21 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FELIPE RAMIREZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | 1:10-cr-00363 LJO <br><br> ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS DEFENDANT FELIPE RAMIREZ WITHOUT PREJUDICE AND ORDERING THAT DEFENDANT REMAIN DETAINED <br> (Fed. R. Crim. P. 48(a)) |

IT IS HEREBY ORDERED that the charges as to FELIPE RAMIREZ only in the above-entitled case be dismissed without prejudice, in the interest of justice.

IT IS FURTHER ORDERED THAT the defendant FELIPE RAMIREZ remain DETAINED as ordered in case number 1:11-cr-220 LJO.

Dated: September 21, 2011

_____
Honorable Lawrence J. O'Neill
U.S. District Judge

1